IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>    Plaintiff,<br><br> v.<br><br>IROBOT CORPORATION,<br><br>    Defendant. | Civil Action No. 1:20-cv-01552 |

## NOTICE OF SETTLEMENT

Plaintiff HOLGER FIALLO, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with IROBOT CORPORATION. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: May 8, 2020      Respectfully Submitted,

                */s/ Adam C. York*
                Adam C. York (6294143)
                ayork@kamberlaw.com
                Michael Aschenbrener (6292306)
                masch@kamberlaw.com
                220 N. Green Street
                Chicago, IL 60607
                Tel: 212-920-3072

                *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

I, Adam C. York, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 8th day of May, 2020.

                                                                           */s/ Adam C. York*
                                                                             Adam C. York