IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>                Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION,<br><br>                Defendant. | Civil Action No. 1:20-cv-01552 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff HOLGER FIALLO filed the above-referenced case against Defendant IROBOT CORPORATION on March 3, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: June 12, 2020          Respectfully Submitted,

                                        KAMBERLAW LLC

                                        */s/ Adam C. York*
                                        Adam C. York (6294143)
                                        ayork@kamberlaw.com
                                        Michael Aschenbrener (6292306)
                                        masch@kamberlaw.com
                                        220 N. Green Street
                                        Chicago, IL 60607
                                        Tel: 212-920-3072

                                        *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

    I, Adam C. York, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 12th day of June, 2020.

                                                                                                                   */s/ Adam C. York*
                                                                                                                      Adam C. York